UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CADE PARTNERS LLC,

Plaintiff,

v.

LEGACY BRAIN & SPINE, L.L.C.,

Defendant.

Case No.  26-cv-04987-JSC

**ORDER TO SHOW CAUSE RE:
SUBJECT MATTER JURISDICTION**

Plaintiff sues Defendant for breach of contract and breach of the implied covenant of good faith and fair dealing, and alleges this Court has diversity subject matter jurisdiction.  (Dkt. No. 1 ¶¶ 6, 28-34.)[1]

A plaintiff must allege a federal court has subject matter jurisdiction to hear its case.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).  A federal court also has an independent obligation to satisfy itself it has federal subject matter jurisdiction.  *See Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004).  Diversity subject matter jurisdiction requires complete diversity of citizenship and an amount in controversy in excess of $75,000.  *See* 28 U.S.C. § 1332(a)(1); *see also Kuntz v. Lamar Corp.*, 385 F.3d 1177, 1181 (9th Cir. 2004) (explaining diversity jurisdiction requires "complete diversity of citizenship between the parties opposed in interest").

Plaintiff alleges it is a "Delaware limited liability company with its principal place of business in San Francisco, California," and Defendant "is a Georgia limited liability company with its principal place of business in Atlanta, Georgia."  (Dkt. No. 1 ¶¶ 4-5.)  But the citizenship of a

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

limited liability company is based on the citizenship of each of its owners and members. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n LLC is a citizen of every state of which its owners/members are citizens."). Absent allegations related to Plaintiff's and Defendant's members, the Court cannot conclude there is complete diversity.

So, Plaintiff is ORDERED TO SHOW CAUSE by **July 20, 2026** why this Court should not dismiss this action for lack of subject matter jurisdiction. The Court will advise Defendant if a response is required. If the Court has subject matter jurisdiction, it will consider Defendant's motions to dismiss or transfer for lack of personal jurisdiction, and to stay discovery and other deadlines. (Dkt. Nos. 21, 26.)

**IT IS SO ORDERED.**

Dated: July 13, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2